IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STRATEGIC REALTY FUND, LLC**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-2559-L** |
| | § | |
| **CORNEL RIVERS, SR. and** | § | |
| **ALL OCCUPANTS**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On September 21, 2017, Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that this forcible detainer action be *sua sponte* remanded to the Justice of the Peace Court, Precinct 4, Place 1, Dallas County, Texas, from which it was removed, for lack of subject matter jurisdiction. No objections were filed to the Report.

Having reviewed the Notice of Removal, pleadings, file, Report, and record in this case, the court determines that the magistrate judge's determination that the court lacks subject matter jurisdiction is correct. Accordingly, the court **accepts** the magistrate judge's findings and conclusions as those of the court; and *sua sponte* **remands** the action to Justice of the Peace Court, Precinct 4, Place 1, Dallas County, Texas, from which it was removed. The clerk of the court is **directed** to effect the remand in accordance with the usual procedure.

**It is so ordered** this 17th day of October, 2017.

_____
Sam A. Lindsay
United States District Judge